**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**JOHN CHARLES MCGRIGGS, #K0205**                                      **PETITIONER**

**VERSUS**                                                **CIVIL ACTION NO. 5:08-cv-332-DCB-MTP**

**STATE OF MISSISSIPPI**                                               **RESPONDENT**

## ORDER OF TRANSFER PURSUANT TO 28 U.S.C. § 1631

This matter comes before this court, <u>sua</u> <u>sponte</u>, for consideration of the transfer of this

cause.  The petitioner, an inmate currently incarcerated in the South Mississippi Correctional

Institution, Leakesville, Mississippi, filed this request for habeas corpus relief pursuant to 28

U.S.C. § 2254 on December 16, 2008.  Petitioner states that on June 27, 2006, he was convicted

of rape in the Circuit Court of Warren County, Mississippi and sentenced to eighteen years in the

custody of the Mississippi Department of Corrections.

The Petitioner has previously filed for habeas relief in this Court challenging the same

conviction, in civil action number 5:08-cv-228-DCB-MTP.  On March 30, 2009, this Court

entered a final judgment which dismissed the action, with prejudice.

A Petitioner who is filing a second or successive motion for habeas relief must first apply

to the appropriate court of appeals for an order authorizing the district court to consider the

successive motion.  Title 28 U.S.C. § 2244(b)(3)(A).  The Petitioner has failed to submit any

documentation demonstrating that he has obtained the required authorization from the United

States Court of Appeals for the Fifth Circuit.  Therefore, this Court has determined that in the

interest of justice, this cause should be transferred to the United States Court of Appeals for the

Fifth Circuit for a determination whether this successive or second petition should be allowed.

*See In Re Epps*, 127 F.3d 364 (5th Cir. 1997).  Accordingly, it is hereby,

ORDERED that pursuant to Title 28 U.S.C. § 1631, this petition for habeas corpus relief is transferred to the United States Court of Appeals for the Fifth Circuit.

IT IS FURTHER ORDERED that the Clerk of this Court is directed to close this case pending the decision of the United States Court of Appeals for the Fifth Circuit.

SO ORDERED, this the __3rd__ day of June, 2009.


       __s/ David Bramlette_____
       UNITED STATES DISTRICT JUDGE