# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-60440

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 2 0 2009
J. T. NOBLIN, CLERK
BY _____ DEPUTY

United States Court of Appeals
Fifth Circuit
FILED
July 14, 2009
Charles R. Fulbruge III
Clerk

In re: JOHN CHARLES MCGRIGGS,

    Movant

---

Transfer from the United States District Court for the
Southern District of Mississippi, Vicksburg
USDC No. 5:08-CV-332

---

CLERK'S OFFICE:

Authorization to file a Successive Habeas Petition is denied pursuant to 5th Cir. R.42.3, for failure to timely comply with this Court's notice of June 8, 2009.

        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        *Misty Fontenot*
        14 JUL 2009
By: _____
        Misty L. Fontenot, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 14, 2009

Mr. J T Noblin
Southern District of Mississippi, Jackson
United States District Court
245 E. Capitol Street
Suite 316
Jackson, MS 39201

    No. 09-60440, In re: John C. McGriggs
        USDC No. 5:08-CV-332

Enclosed is a copy of the judgment issued as the mandate.

                              CHARLES R. FULBRUGE III, Clerk

                              By: *Misty Fontenot*
                              Misty L. Fontenot, Deputy Clerk
                              504-310-7716

cc: w/encl:
    Mr. John Charles McGriggs